# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMAR STAMPS,
    *Petitioner*,

v.

THOMAS MCGINLEY, et al.,
    *Respondents*.

CIVIL ACTION
NO. 18-3707

## **ORDER**

AND NOW, this 24th day of January, 2020, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation (ECF No. 16) of United States Magistrate Judge Lynne A. Sitarski, it is hereby ORDERED as follows:

1. The Report and Recommendation (ECF No. 16) is APPROVED and ADOPTED.

2. The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 (ECF No. 1) is DENIED without an evidentiary hearing.

3. The Application for Stay and Abeyance (ECF No. 15) is DENIED; and,

4. There is no basis for the issuance of a certificate of appealability.

The Clerk of Court is directed to CLOSE this case for statistical and all purposes.

BY THE COURT:

*/s/ C. Darnell Jones II*
C. DARNELL JONES, II    J.